Woody Thompson (AZ Bar No. 021356)
Joshua Fisher (AZ Bar No. 024890)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Phone: (602) 510-9999
Fax: (866) 689-0683
Email: woody.thompson@gknet.com
joshua.fisher @gknet.com
*Attorneys for Defendant Michael Tomasi*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, Plaintiff, vs. Michael Tomasi, Defendant. | Case No. CR23-1751-PHX-DWL **NOTICE OF APPEARANCE** (Assigned to the Hon. Michael Morrissey) |
|---|---|

Gallagher & Kennedy, gives notice that it is retained for the Defendant, Michael Tomasi. All future correspondence, Court documents, and discovery, in reference to this case will be accepted at the following address:

Woody Thompson
Joshua Fisher
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Phone: (602) 510-9999
Fax: (866) 689-0683
Email: woody.thompson@gknet.com; joshua.fisher@gknet.com

DATED this 18th day of December, 2023

GALLAGHER & KENNEDY, P.A.

By: /s/ Woody Thompson
Woody Thompson
Joshua Fisher
Attorneys for Defendant Michael Tomasi

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2023, the foregoing document was delivered to the following parties:

Honorable Michael Morrissey
United States District Court
401 W. Washington Street, #304
Phoenix, AZ 85003

Abbie Broughton Marsh
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408
*Attorney for Plaintiff*

/s/ *Joshua Fisher*