**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. Magistrate Judge:** Michael T. Morrissey **Date:** December 18, 2023
**USA v. Michael Tomasi** **Case Number:** CR-23-01751-001-PHX-DWL

**Assistant U.S. Attorney:** Abbie Broughton Marsh
**Attorney for Defendant:** Joshua Fisher, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

**INITIAL APPEARANCE and ARRAIGNMENT:**
**DOA:** 12/15/2023
MINUTE ENTRY for proceedings held before Magistrate Judge Michael T. Morrissey: Initial Appearance and Arraignment as to Michael Tomasi held on 12/18/2023. The Government moves to unseal this case. SO ORDERED. Notice of Appearance filed with the Court indicating Defendant has retained counsel. Defendant enters a plea of NOT GUILTY to all counts. The Government is seeking detention. Upon motion by defense counsel, IT IS ORDERED directing Pretrial Services to screen Defendant for possible Crossroads placement. Detention Hearing set, Defendant waives all applicable time.

Detention Hearing set for 12/21/2023 at 11:00 AM before Judge Bachus in Courtroom 303.

Trial set for 2/6/2024 at 9:00 AM before Judge Lanza in Courtroom 601.

Motions due within 21 days.

**Recorded By** Courtsmart IA 01 min
**Deputy Clerk** Kenneth G. Miller ARR 02 min

Start: 3:35 PM
Stop: 3:38 PM